United States District Court

Western District of Texas

Austin

Deficiency Notice

| | |
|---|---|
| To: | Ouyang, Mingzi |
| From: | Court Operations Department, Western District of Texas |
| Date: | Wednesday, December 10, 2025 |
| Re: | 01:25-CV-01986-ADA / Doc # 1 / Filed On: 12/04/2025 |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document IMMEDIATELY. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.

> Pursuant to the Standing Order entered by Robert Pitman on 11/06/23,...at the commencement of the action, counsel filing such an action shall be responsible for the timely preparation and electronic filing of the... Report on the Filing or Determination of an Action or Appeal Regarding a Patent, AO Form 120. Your filing does not meet these requirements and is deficient. Please file an AO 120 Patent form under the event: Civil Events > Other Filings > Notices > Notice of Filing of Patent Form (AO Form 120). Also, pursuant to the Administrative Policies and Procedures, Section 10, page 12, A sealed document in a civil case requires leave of the Court before being filed. Your document is deficient because you failed to file a Motion for Leave to File a Sealed Document. The document to be sealed should be attached to the motion for leave to seal. Please file a Motion for Leave to File a Sealed Document and attach the documents accordingly. Please see our Rules for Filing Sealed Documents on our website listed under Sealed Submissions to the Court, located at www.txwd.uscourts.gov/for-attorneys/electronic-filing-of-sealed-documents/. Lastly the Complaint you filed is deficient because you failed to attach a JS44. This form can be located on our website. Please prepare and electronically submit the JS44 using the event located at Civil Events - Other Filings - Other Documents - JS44. This form is required for civil cases filed in the Western District of Texas.